IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELIAS FAMILY MANAGEMENT CO., LLC, | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| APS CAPITAL CORP. et al., | : | No. 14-5058 |
| *Defendants*. | : | |

**O R D E R**

AND NOW, this 8th day of February, 2016, upon consideration of Defendants' Motion for Summary Judgment (Docket No. 22), Plaintiff's Response in Opposition (Docket No. 27), Plaintiff's Motion for Summary Judgment (Docket No. 23), Defendants' Response in Opposition (Docket No. 26), Plaintiff's Reply in Support (Docket No. 29), oral argument held on November 9, 2016, Defendants' Supplemental Brief in Support of their Motion for Summary Judgment (Docket No. 32), and Plaintiff's Supplemental Brief in Support of its Motion for Summary Judgment (Docket No. 33), it is hereby **ORDERED** as follows:

1. Defendants' Motion for Summary Judgment (Docket No, 22) is **DENIED**.

2. Plaintiff's Motion for Summary Judgment (Docket No. 23) is **DENIED**.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE